**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| MAYOR & CITY COUNCIL OF BALTIMORE<br>　　　　　Plaintiff,<br><br>　　v.<br><br>PURDUE PHARMA L.P., *et al.,*<br>　　　　　Defendants. | Case No. 1:18-cv-00800-CCB |

## MAYOR AND CITY COUNCIL OF BALTIMORE'S MOTION TO REMAND

Plaintiff Mayor & City Council of Baltimore respectfully requests that this Court remand this matter to the Circuit Court of Maryland for Baltimore City. In support of this motion to remand, Plaintiff relies on and incorporates by reference its supporting Memorandum of Law in Support filed this same date.

A proposed Order granting the relief requested is attached for the Court's consideration.

Dated: March 19, 2018

Respectfully Submitted,

　　　　/s/
Andre M. Davis (No. 00362)
City Solicitor

Suzanne Sangree (No. 26130)
Senior Counsel for Public Safety & Director
of Affirmative Litigation
City of Baltimore Department of Law
City Hall, Room 109
100 N. Holliday Street
Baltimore MD 21202
443-388-2190
suzanne.sangree2@baltimorecity.gov

Christopher R. Lundy (No. 29888)
Assistant Solicitor
Baltimore City Law Department
City Hall, Room 101
100 N. Holliday Street
Baltimore, Maryland 21202
(410) 396-1424
(410) 547-1025 (f)
christopher.lundy@baltimorecity.gov

Lydie E. Glynn (No. 29902)
Assistant Solicitor
Baltimore City Law Department
City Hall, Room 101
100 N. Holliday Street
Baltimore, Maryland 21202
(410) 396-3930 (phone)
(410) 547-1025 (fax)
lydie.glynn@baltimorecity.gov

SUSMAN GODFREY L.L.P.
William Christopher Carmody (*pro hac vice* motion to be filed)
Arun Subramanian (*pro hac vice* motion to be filed)
Seth Ard (*pro hac vice* motion to be filed)
Zachary B. Savage (*pro hac vice* motion to be filed)
Jillian Hewitt (*pro hac vice* motion to be filed)
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330
Fax: (212) 336-8340

*Attorneys for Plaintiff Mayor & City Council of Baltimore*

## **CERTIFICATE OF COMPLIANCE**

I HEREBY CERTIFY that on this 19th day of March 2018, the foregoing Mayor and City Council of Baltimore's Motion to Remand, Memorandum of Law in Support of the City's Motion to Remand, and Proposed Order were filed in accordance with the Electronic Filing Requirements and Procedures, as established by the United States District Court for the District of Maryland.

                                              /s/
                                    Lydie E. Glynn, *Assistant Solicitor* (No. 29902)
                                    BALTIMORE CITY LAW DEPARTMENT

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| MAYOR & CITY COUNCIL OF BALTIMORE<br>    Plaintiff,<br><br>  v.<br><br>PURDUE PHARMA L.P., *et al.,*<br><br>    Defendants. | Case No. 1:18-cv-00800-CCB |

## **ORDER**

Upon consideration of Plaintiff Mayor & City Council of Baltimore's Motion to Remand and its Memorandum of Law in Support thereof, it is hereby:

ORDERED that the Motion to Remand shall be, and hereby is, GRANTED.

So Approved and Ordered this

\_\_\_\_\_ day of _____ 2018

_____

United States District Court Judge