UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION
    Mayor & City Council of Baltimore v. Purdue Pharma,    )
        L.P. et al., D. Maryland, C.A. No. 1:18-00800    )        MDL No. 2804

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

    A conditional transfer order was filed in this action (*Baltimore*) on March 27, 2018. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Baltimore* filed a notice of opposition to the proposed transfer. Plaintiff later filed a motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Baltimore* was remanded to the Circuit Court of Maryland for Baltimore City by the Honorable George L. Russell, III in an order filed on April 25, 2018.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-18" filed on March 27, 2018, is VACATED insofar as it relates to this action.

                                     FOR THE PANEL

                                      Jeffery N. Lüthi
                                      Clerk of the Panel